ROBERT E. LOWENSTEIN, JR. (SBN 064346)
JANNA K. LOWENSTEIN (SBN 225371)
Robert E. Lowenstein, Jr., A Professional Corporation
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel: (818) 905 6611
Fax: (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIA OLGUIN ) | CASE NO. CV 08-06548 (JEM) |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER AWARDING ATTORNEYS FEES UNDER EAJA |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | _____ |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA,

IT IS HEREBY ORDERED that Plaintiff's counsel as assignee of Plaintiff, be awarded attorneys fees under EAJA in the amount of $4,400.00.

Dated: March 22, 2010

                                          */s/John E. McDermott*_____
                                          John E. McDermott
                                          U.S. Magistrate Judge